IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IHC HEALTH SERVICES, INC., dba PRIMARY CHILDREN'S HOSPITAL,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br><br>    Defendant. | **ORDER ACKNOWLEDGING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:23-cv-00114-RJS-JCB<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

Before the court is Defendant's Stipulated Dismissal Without Prejudice of the United States Office of Personnel Management,[1] filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[2]  The Stipulation states that Plaintiff is voluntarily dismissing the above-captioned case without prejudice.[3]  The parties agree each will bear their own fees and costs.[4]  Accordingly, the case is hereby DISMISSED WITHOUT PREJUDICE.  The Clerk of Court is directed to close the case.

SO ORDERED this 27th day of September, 2023.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 24.

[2] *Id.*

[3] *Id.*

[4] *Id.*